CHARLES CAMPBELL, Respondent, *v.* MARY L. CAMPBELL, Appellant.

(Submitted April 17, 1934; decided April 27, 1934.)

*Frank W. Chambers, James L. Clare* and *Henry Siegrist* for appellant.

*Michael Popper, Isidore Popper* and *Isidor Block* for respondent.

Order affirmed, without costs, and questions certified answered in the negative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.